(96 South. 639)

### Ex parte KING. (7 Div. 398.)

(Supreme Court of Alabama. May 10, 1923.)

Certiorari to Court of Appeals.

Petition by Gus King for certiorari to the Court of Appeals to review and revise its judgment and decision in King v. State of Alabama, 96 South. 636. Writ denied.

Isbell & Scott, of Ft. Payne, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Writ denied.